NUMBER 13-04-266-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

FAUSTINO VASQUEZ III,                                                   Appellant,

v.

CLAUDIA YVONNE MORAN,                                               Appellee.
___________________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, FAUSTINO VASQUEZ III, perfected an appeal from a judgment
entered by the 197th District Court of Cameron County, Texas, in cause number
2004-02-1112-C. No clerk’s record has been filed due to appellant’s failure to pay or
make arrangements to pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On February 24, 2005, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days
to explain why the cause should not be dismissed. To date, no response has been
received from appellant. 
         The Court, having examined and fully considered the documents on file,
appellant’s failure to pay or make arrangements to pay the clerk’s fee for preparing the
clerk’s record, this Court’s notice, and appellant’s failure to respond, is of the opinion
that the appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.
                                                                                          PER CURIAM
Memorandum Opinion delivered and 
filed this the 7th day of April, 2005.